UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JAMES WILLIAMS, | Case No. 2:19-CV-01212-APG-EJY |
|---|---|
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| LAS VEGAS METRO POLICE DEPT., et al., | **ECF NO. 2**<br>**MOTION FOR WRIT OF MANDAMUS** |
| Defendant. | |

Pending before the Court is Plaintiff James Williams' Motion for Writ of Mandamus (ECF No. 2). On the same date the Motion for Writ was filed, Plaintiff filed an Application to Proceed *in forma pauperis*, together with a civil complaint. On August 16, 2019, Plaintiff's Application to proceed *in forma pauperis* was granted, and Plaintiff was given 30 days from the date of the Order to file an amended complaint. ECF No. 5. On September 11, 2019, Plaintiff filed Motions to Amend/Alter Order and to Screen Complaint (ECF Nos. 7 and 8). On September 20, 2019, the Court denied ECF Nos. 7 and 8, and gave Plaintiff 30 additional days to file an amended complaint. ECF No. 10.[1] Plaintiff was advised that failure to comply with the Order regarding filing an amended complaint could result in a recommendation that his action be dismissed with prejudice. As of the date of this Order, Plaintiff has not filed an amended complaint.

Accordingly, and based on the foregoing,

IT IS HEREBY recommended that Plaintiff's action, docketed as 2:19-cv-01212-APG-EJY, be dismissed with prejudice.

DATED: November 6, 2019.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

---

[1] The September 20, 2019 Order clarified that ECF No. 5 mistakenly referred to ECF No. 2 instead of ECF No. 1-2, Plaintiff's Complaint.

1

1 **NOTICE**

2   Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be
3 in writing and filed with the Clerk of the Court within fourteen (14) days.  The Supreme Court has
4 held that the courts of appeal may determine that an appeal has been waived due to the failure to file
5 objections within the specified time.  *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit has also
6 held that (1) failure to file objections within the specified time and (2) failure to properly address
7 and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal
8 factual issues from the order of the District Court.  *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir.
9 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).