# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES WILLIAMS, | Case No.: 2:19-cv-01212-APG-EJY |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | [ECF No. 11] |
| CLARK COUNTY, et al., | |
| Defendants | |

On November 6, 2011, Magistrate Judge Youchah recommended that I dismiss this action because plaintiff James Williams did not file an amended complaint as ordered. ECF No. 11. Williams did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (**ECF No. 11**) **is accepted** and this case is **DISMISSED with prejudice**.

DATED this 27th day of November, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE