UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES WILLIAMS,<br><br>    Plaintiff<br><br>v.<br><br>CLARK COUNTY, et al.,<br><br>    Defendants | Case No.: 2:19-cv-01212-APG-EJY<br><br>**Order Accepting Report and Recommendation and Denying Motion to Amend**<br><br>[ECF Nos. 14, 15] |

On April 8, 2020, Magistrate Judge Youchah recommended that I deny plaintiff James Williams' motion to amend or correct the judgment because he does not state a basis for relief under Federal Rules of Civil Procedure 59 or 60. Williams did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Judge Youchah's report and recommendation **(ECF No. 15) is accepted** and plaintiff James Williams' motion to alter/amend the order accepting the report and recommendation and dismissing the complaint **(ECF No. 14) is DENIED**.

DATED this 28th day of April, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE